David Chavez
P.O. Box 7
Farmersville, California, 93223
559 347-4135

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
APR 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DAVID CHAVEZ, pro se,

    Plaintiff,

vs,

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

No. 1:13 cv 00061 AWI SKO

**MOTION TO DISMISS**

**COMPLAINT WITH PREJUDICE**

Plaintiff, David Chavez, and Defendant, NCO FINANCIAL SYSTEMS, INC., have come to an amicable agreement. Therefore, Plaintiff respectfully requests that the court dismiss his complaint against NCO FINANCIAL SYSTEMS, INC. with prejudice.

Respectfully submitted this 11th day of April, 2012.

David Chavez
P.O. Box 7
Farmersville, California 93223
559 347-4135

It is so Ordered. Dated: 4-15-13

United States District Judge